IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY JOAN VIGLIANESE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 11-4248 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of SSA** | : | |

## ORDER

**AND NOW**, this 13th day of September, 2012, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support of Request for Review (Document No. 13), the defendant's response (Document No. 14), the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Document No. 17), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The plaintiff's motion for summary judgment is **DENIED**.

       /s/Timothy J. Savage
       TIMOTHY J. SAVAGE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY JOAN VIGLIANESE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 11-4248 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of SSA** | : | |

## JUDGMENT

**AND NOW**, this 13th day of September, 2012, in accordance with the Order dated September 13, 2012 (Document No. 19), it is **ORDERED** that pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

        /s/Timothy J. Savage
   TIMOTHY J. SAVAGE,  J.